In the Matter of the Petition of Lars KORNELIUSEN and Nils Aronson, for Limitation of Their Liability as Owners of the Tug Florence T.

Circuit Court of Appeals, Second Circuit.
October 29, 1928.

No. 31.

Foley & Martin, of New York City (William J. Martin and Edward E. Elder, both of New York City, of counsel), for petitioners.

David M. Fink and Jacquin Frank, both of New York City (Harold R. Medina and William F. McNulty, both of New York City, of counsel), for claimant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

Samuel LEFKOWITZ, Plaintiff In Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Second Circuit. November 12, 1928.

No. 142.

Samuel N. Ostroff, of New York City, for plaintiff in error.

William A. De Groot, U. S. Atty., of Brooklyn (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

Benjamin LUSTGARTEN, an Infant, by His Guardian ad Litem, John A. Lydecker, Defendant in Error (Plaintiff Below), v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Consolidated Navigation Company, Inc., Plaintiffs in Error (Defendants Below).

Circuit Court of Appeals, Second Circuit.
October 29, 1928.

No. 14.

Charles H. Tuttle, U. S. Atty., and Edgar G. Wandless, both of New York City (Arthur M. Boal and Frederick R. Conway, both of Washington, D. C., and David B. Landis, of New York City, of counsel), for plaintiffs in error.

Silas B. Axtell, of New York City (Myron Scott, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs. See Sloan Shipyards Corp. et al. v. Shipping Board Emergency Fleet Corp., 258 U. S. 549, 42 S. Ct. 386, 66 L. Ed. 762; U. S. Shipping Bd. Emergency Fleet Corp. v. Greenwald (C. C. A.) 16 F.(2d) 948.